**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 14-cv-2207

STATE FARM FIRE AND CASUALTY COMPANY,
a/s/o MICHAEL LEVY, an Illinois corporation,,

       Plaintiff

v.

CARRIER CORPORATION,

       Defendant.

---

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
CARRIER CORPORATION**

---

This statement is filed pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, on behalf of Defendant Carrier Corporation.

Carrier Corporation is owned 100% by United Technologies Corporation, a publicly held company.

2

DATED this 7th day of August, 2014.

*/s/ Dylan M. Carson*
Dylan M. Carson
Tucker Ellis LLP
Metropoint I, Suite 1325
4600 S. Ulster Street
Denver, CO 80237
Telephone: 720.897.4400
Facsimile:  720.222.5242
E-mail:  dylan.carson@tuckerellis.com

**Attorneys for Defendant
CARRIER CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of August, 2014, I presented the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CARRIER CORPORATION** to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail address:

Adrian Tilley
BECK, PAYNE, FRANK & PIPER, P.C.
3025 S. Parker Road, Suite 200
Aurora, CO 80014
Tel: 303-750-1567
Fax: 303-750-7530
APT@beckpayne.com

Attorneys for Plaintiff State Farm Fire and Casualty Corporation

/s/ *Dylan M. Carson*