IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02207-WYD

STATE FARM FIRE AND CASUALTY COMPANY,
A/S/O MICHAEL LEVY, an Illinois Corporation,

    Plaintiff,

v.

CARRIER CORPORATION,

    Defendant.

---

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF STATE FARM FIRE AND CASUALTY COMPANY**

---

    This statement is filed pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, on behalf of Plaintiff State Farm Fire and Casualty Company.

    State Farm Fire and Casualty Company is owned 100% by State Farm Mutual Automobile Insurance Company, which is owned by its policyholders.

    Respectfully submitted the 15th day of August, 2014.

                                      BECK, PAYNE, FRANK & PIPER, P.C.
                                      Filed electronically via ICCES; Original signature
                                      on file at the offices of Beck, Payne, Frank & Piper, PC

                                      By: /s/ Adrian P. Tilley
                                          Adrian P. Tilley, Reg. #40475
                                          Attorney for Plaintiff State Farm Fire and
                                          Casualty Company, a/s/o Michael Levey

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 15th day of August, 2014, I served a true and correct copy of the foregoing **Corporate Disclosure Statement of State Farm Fire and Casualty Company** by CM/ECF system to the following:

Dylan M. Carson
Christina M. Huszcza
Tucker Ellis LLP
Metropoint I, Suite 1325
4600 S. Ulster Street
Denver, Colorado 80237
*Attorneys for Defendant*

/s/ Eliana Chavez
Legal Assistant to Adrian P. Tilley